UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
CHAPTER 13

IN RE: DUANE WILLIAM VOSS                    NO:
      PATRICIA SEWELL VOSS

DEBTOR SOCIAL SECURITY NO. XXX-XX-4421
SPOUSE SOCIAL SECURITY NO. XXX-XX-4251

1. The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor (or the debtor's employer) shall pay to the trustee the sum of $40.00 Per-Two Weeks until June 2017 - Then $180.00 Per-Two Weeks.

2. The Debtor's employer is <u>EXPERIS US, INC.</u>
   The Debtor's employer is <u>KENTUCKY SCHOOL FOR THE BLIND.</u>

3. From the payments so received, the trustee shall make disbursements as follows:

   (a) full payments, in deferred cash payments of all claims entitled to a priority under section 507 of this title, unless the holder of a particular claim agrees to a different treatment of such claim.

   (b) Dividends to secured creditors whose claims are fully proved and allowed as follows:
   <u>DITECH - CURE ARREARAGE IN THE PLAN - (estimated arrearage of $8,509.00)
   REGULAR MONTHLY PAYMENTS OUTSIDE THE PLAN.
   PNC (mtg) - PAID OUTSIDE THE PLAN.
   PNC (car) - PAID OUTSIDE THE PLAN.
   CLASS ACT - PAID OUTSIDE THE PLAN.
   KHEAA - CURE ARREARAGE IN THE PLAN - (estimated arrearage of $1,541.00)
   REGULAR MONTHLY PAYMENTS OUTSIDE THE PLAN.</u>

   (c) Payments to unsecured creditors whose claims are duly proved and allowed subsequent to (or pro rata with) payments to secured creditors as follows: <u>100%.</u>

3. The debtor proposes to reject NO executory contracts at this time although may do so at a later date.

4. Title to the debtors property shall revest in the debtor on confirmation of the plan subject to further order of the Court. The debtor shall be authorized to use insurance proceeds to repair or replace any item of property subject to a demand of adequate protection by any holder of a lien on the property or proceeds.

5. Payments as proposed shall continue for <u>54</u> months.

/s/ *Duane Voss*
DEBTOR: DUANE WILLIAM VOSS

/s/ *Patricia Sewell Voss*
DEBTOR: PATRICIA SEWELL VOSS

\*\*THE ABOVE-NAMED DEBTOR(S) HAS/HAVE FILED A CHAPTER 13 PETITION IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF KENTUCKY.  IF YOU HAVE NOT RECEIVED NOTICE OF THE FILING, YOU WILL RECEIVE NOTICE WITHIN A FEW DAYS.\*\*