# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 16-31975 |
| DUANE WILLIAM VOSS | |
| PATRICIA SEWELL VOSS | Chapter Thirteen (13) |
| **Debtor(s)** | Judge Alan C. Stout |

## AGREED ORDER TO PAY SECURED CREDITOR AS TO PROPERTY COMMONLY KNOWN AS 4411 BURGUNDY DRIVE, LOUISVILLE, KY 40299

This matter having come before the Court due to a failure to make post-petition payments to the secured creditor, Ditech Financial LLC (hereinafter "Movant") according to the terms of loan documents relating to Real Property commonly known as 4411 Burgundy Drive, Louisville, KY 40299 (hereinafter "Property"), and based upon the agreement of the Movant and the Debtors that will permit the continuation of the automatic stay as it relates to this Property and the debt, and conditioned upon certain provisions incorporated herein,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Debtors are currently in an active Chapter 13 bankruptcy proceeding, and are in arrears on post-petition payment(s) to Movant for March 1, 2017 and subsequent months.

2. The total amount of the post-petition arrearage is $6,568.10. This amount includes $450.00 for attorney's fees and $181.00 in court costs incurred by Movant as a result of this post-petition default, two (2) payments for March, 2017 and April 2017 at $711.60 each, seven (7) payments for May, 2017 through November, 2017 at $729.94 each, less a suspense balance of $595.68

3. Debtors agree to cure the post-petition arrearage, and Movant agrees to accept cure pursuant to the following terms:

    a. Debtors will make all future monthly post-petition payments, outside of the Plan and by certified funds starting with the December 1, 2017 payment, directly to Movant on time and in accordance with the terms set forth in the loan documents, including, if applicable, any escrow payment changes or other contractual adjustments of the payment amount.

    b. Movant will file a Supplemental Proof of Claim within 30 days upon entry of this Agreed

      order to add the current post-petition arrearage of $6,568.10 to be paid thru the plan.

    c. Debtors agree that they shall cause the Plan to be amended within 21 days, and that Movant shall be paid in full for the current post-petition arrearage through the terms of the Plan.

4. Debtors agree that should they fail to make any future payments as called for under this agreement, or should any payments they make be reversed due to insufficient funds, they will be in default on this Agreed Order.
5. If Debtors are in Default under this Agreed Order, Movant, through its counsel, may send a Notice of Default to counsel for the Debtors advising them of the Default under the terms of this Agreed Order. The letter shall advise the Debtors that they have ten (10) days from the date of the letter to cure the Default.
6. If Debtors fail to cure the Default within the ten (10) day period. Movant's counsel may file a Certificate of Noncompliance with this Court. Upon filing of the Certificate, pursuant to 11 U.S.C. § 362, the stay that issued in this action shall be terminated, without further hearing, with respect to the Property and the Movant, its successors and assigns. In such event, Movant shall be permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its interest, to sell the collateral in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights to the Property.

7. Should the stay be terminated by the filing of a Certificate of Noncompliance, the stay shall remain terminated in the event the Debtor converts to a different chapter under the bankruptcy code.

**THIS IS A FINAL AND APPEALABLE ORDER**

**HAVE SEEN AND AGREE:**

Counsel for Movant

**Reimer Law Co.**

/s/ Elizabeth Carullo
Elizabeth Carullo
(KBA# 92875)
RL# C1700636
Reimer Law Co.
639 Washington Ave
Newport, KY 41071
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcyky@reimerlaw.com


Counsel for Debtors



 /s/ Jan C. Morris
Jan C. Morris
Lowen & Morris
125 South Sixth Street
Suite 300, Third Floor
Louisville, KY 40202
Phone: 502-587-7000
Fax: 502-587-1126
Email: lmattys@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on this \_\_\_9th\_\_\_ day of November 2017.

/s/ Elizabeth Carullo
Elizabeth Carullo, (KBA# 92875)


**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

PATRICIA SEWELL-VOSS
4411 BURGUNDY DRIVE
LOUISVILLE, KY 40299


DUANE WILLIAM VOSS
4411 BURGUNDY DRIVE
LOUISVILLE, KY 40299

Alan C. Stout
United States Bankruptcy Judge

Dated: November 13, 2017

4 of 4