**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

**RE: DUANE WILLIAM VOSS**       **CASE NO:16-31975**
     **PATRICIA SEWELL VOSS**

## ORDER

Motion having been made and the Court being sufficiently advised, IT IS

HEREBY ORDERED that the debtors plan is modified, increasing plan payments to

$280.00 semi-monthly.

Alan C. Stout
United States Bankruptcy Judge
Dated: December 28, 2017

TENDERED BY

JAN C. MORRIS
125 S. 6TH STREET # 300
LOUISVILLE, KY 40202-2782
(502) 587-7000