| Fill in this information to identify the case: |
|---|
| Debtor 1   Duane William Voss |
| Debtor 2   Patricia Sewell Voss |
| (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of KENTUCKY |
| Case number 16-31975-acs |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION

**Court claim no.** (if known): 7-2

**Last 4 digits** of any number you use to identify the debtor's account: 0697

**Date of payment change:** 5/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $721.70
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $236.30     New escrow payment: $244.62

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                              New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                  New mortgage payment:

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Debtor 1 <u>Duane William Voss</u>  　　Case number *(if known)* <u>16-31975-acs</u>
　　　　　Print Name　Middle Name　Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Francis Laryea</u>　　　Date <u>04/09/2019</u>
　Signature

Print　　<u>Francis Laryea</u>　　　　　　　　　　　　　Title　<u>Authorized Agent for Creditor</u>
　　　　First Name　　Middle Name　　Last Name

Company　<u>RAS Crane, LLC</u>

Address　<u>10700 Abbott's Bridge Road, Suite 170</u>
　　　　Number　Street

　　　　<u>Duluth　GA 30097</u>
　　　　City　　　　　　　　　　　　　　State　ZIP Code

Contact Phone <u>470-321-7112</u>　　　　　　　　　　　　Email <u>flaryea@rascrane.com</u>

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on  04/09/2019                                                              ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jan C. Morris
Lowen & Morris
3rd Floor
125 S. 6th Street
Suite 300
Louisville, KY 40202

Duane William Voss
4411 Burgundy Dr.
Louisville, KY 40299

Patricia Sewell Voss
4411 Burgundy Dr.
Louisville, KY 40299

William W. Lawrence -13
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

Charles R. Merrill
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

 

                RAS Crane, LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: 470-321-7112
                Facsimile: 404-393-1425

By: **/s/ Samira Mbang**
      **Samira Mbang**
      **email: sammbang@rascrane.com**

**CALIBER HOME LOANS**

Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Statement Date: | 02/22/2019 |
| Loan Number: | |
| Current Payment Amount: | $713.38 |
| New Payment Amount: | $721.70 |
| New Payment Effective Date: | 05/01/2019 |

Property Address: 4411 BURGUNDY DR
LOUISVILLE KY 40299

DUANE W VOSS
PATRICIA S VOSS
C/O JAN C MORRIS
125 S 6TH ST STE 300 3RD FL
LOUISVILLE KY  40202

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 05/01/2019.

| Payment Breakdown | Current Payment | New Payment Effective 05/01/19 |
|---|---|---|
| Principal & Interest | $ 477.08 | $ 477.08 |
| Base Escrow Payment | $ 236.30 | $ 244.62 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 713.38** | **$ 721.70** |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 - Anticipated Escrow Activity

**ANTICIPATED ESCROW BALANCE $1,856.61 – MINIMUM REQUIRED BALANCE $489.24**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $489.24, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $3,079.71 | $1,712.34 | |
| 05/2019 | $244.62 | $.00 | | | $3,324.33 | $1,956.96 | |
| 06/2019 | $244.62 | $.00 | | | $3,568.95 | $2,201.58 | |
| 07/2019 | $244.62 | $.00 | | | $3,813.57 | $2,446.20 | |
| 08/2019 | $244.62 | -$1,164.00 | HOMEOWNER INS | | $2,894.19 | $1,526.82 | |
| 09/2019 | $244.62 | $.00 | | | $3,138.81 | $1,771.44 | |
| 10/2019 | $244.62 | -$196.87 | CITY/TOWN | | $3,186.56 | $1,819.19 | |
| 11/2019 | $244.62 | -$1,574.57 | COUNTY TAX | | $1,856.61 | $489.24 | > |
| 12/2019 | $244.62 | $.00 | | | $2,101.23 | $733.86 | |
| 01/2020 | $244.62 | $.00 | | | $2,345.85 | $978.48 | |
| 02/2020 | $244.62 | $.00 | | | $2,590.47 | $1,223.10 | |
| 03/2020 | $244.62 | $.00 | | | $2,835.09 | $1,467.72 | |
| 04/2020 | $244.62 | $.00 | | | $3,079.71 | $1,712.34 | |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



## Section 2 - Anticipated Escrow Activity  (continued)

**(No additional data available)**

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Starting Balance | $945.26 | -$2,643.62 |
| 02/2019 | $236.30 | $483.94 | $.00 |  | $.00 |  | $1,181.56 | -$2,159.68 |
| 03/2019 | $236.30 | $.00 | $.00 |  | $.00 |  | $1,417.86 | -$2,159.68 |
| 04/2019 | $236.30 | $.00 | $.00 |  | $.00 |  | $1,654.16 | -$2,159.68 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**